[Civ. No. 7882. First Appellate District, Division One.—March 2, 1931.]

EUGENIE BOUSCAL MAILHEBUAU, as Executrix, etc., Petitioner, v. THE SUPERIOR COURT OF THE CITY AND COUNTY OF SAN FRANCISCO et al., Respondents.

J. J. Dunne for Petitioner.

No appearance for Respondents.

THE COURT.— ▮ Writ denied on the ground that the order complained of was one within the discretion of the court to make. (11 Cal. Jur., p. 392.)